Order entered October 22, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00578-CR

**BILLY CLYDE STELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F11-62140-Y

## ORDER

We **GRANT** Deputy Official Court Reporter Quinlyn T. Busby's October 17, 2012 request for an extension of time to file the reporter's record to the extent the reporter's record shall be due **THIRTY DAYS** from the date of this order.

_____
LANA MYERS
JUSTICE